IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TODD S. ELWERT, DC, INC., ) | Case No.: 5:15-cv-02223-SL |
| Plaintiff, ) | |
| ) | Honorable Sara Lioi |
| v. ) | |
| ALLIANCE HEALTHCARE SERVICES, ) INC. AND JOHN DOES 1-10, ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF EILEEN R. RIDLEY PRO HAC VICE

I, Michael C. Lueder, a member of the Bar of this Court and a partner with the firm of Foley & Lardner LLP, move pursuant to Local Rule 83.5(h), for the admission to the Bar for this Court, *pro hac vice,* Eileen R. Ridley, from the firm of Foley & Lardner LLP, a member in good standing of the State Bar of California and the State Bar of Hawaii.

The declaration of Eileen R. Ridley in support of this motion is attached.

Dated:  December 14, 2015                Respectfully submitted,

/s/ Michael C. Lueder
Michael C. Lueder, Ohio State Bar (0039450)
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
414. 297.5643
414.297.4900

Attorneys for the Defendants
Alliance HealthCare Services, Inc.

2

## CERTIFICATE OF SERVICE

I certify that on December 14, 2015, a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Michael C. Lueder
Michael C. Lueder, Ohio State Bar (0039450)
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202-5306
414. 297.5643
414.297.4900

Attorneys for the Defendants
Alliance HealthCare Services, Inc.

4851-4315-7548.1