UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TODD S. ELWERT, DC, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) Case No: 5:15-cv-2223 -SL ) ) ) ) Judge: Sara Lioi ) Magistrate Judge: George J. Limbert |
| Plaintiff, | ) ) |
| vs. | ) ) **ORDER** |
| ALLIANCE HEALTHCARE SERVICES, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. 3:15-cv-2673 Consolidated Into ) Case No. 5:15-cv-2223 |
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| WOODLAND DIAGNOSTIC IMAGING, LLC; ALLIANCE HEALTHCARE SERVICES, INC.; ALLIANCE HEALTHCARE, INC.; ALLIANCE HEALTHCARE, LLC; and JOHN DOES 1-10, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

At the hearing to consider the fairness of the proposed class settlement agreement on August 30, 2018, the Court directed the Clerk to file under seal the unredacted billing records submitted by attorney Matthew Stubbs, in support of his motion for attorney fees (Doc. No. 51) that accompanied the motion for approval of the class settlement (Doc. No. 50).

The documents are attached to this order and the Clerk is directed to file these two documents under seal.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
The Honorable Sara Lioi
United States District Judge